# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RAMON VELEZ,<br><br>       Petitioner,<br><br>    v.<br><br>UNITED STATES,<br><br>       Respondent. | No. 2:25-cv-08467-KK-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

Additionally, on October 8, 2025, Respondent filed a Motion to Dismiss arguing the Petition must be dismissed for failure to exhaust administrative remedies. Dkt. 14. Petitioner failed to file a timely opposition, and the Court nonetheless sua sponte extended the deadline for Petitioner to file an opposition to January 2, 2026. Dkt. 15. To date, Petitioner has not filed an opposition. Hence, the Court deems Petitioner's failure to oppose Respondent's Motion to Dismiss as consent to granting the motion. C.D. Cal. Local Rule 7-12.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted.

2.    The Petition is denied.

3.    Judgment shall be entered dismissing this action without prejudice for (1) failure to prosecute and follow court orders and (2) failure to exhaust administrative remedies.

4.    The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: March 3, 2026

_____

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

2