JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

RAMON VELEZ,

           Petitioner,

      v.

UNITED STATES,

           Respondent.

No. 2:25-cv-08467-KK-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is DENIED and the action is DISMISSED without prejudice for (1) failure to prosecute and follow court orders and (2) failure to exhaust administrative remedies.

DATED: <u>March 3, 2026</u>

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE